IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CONNIE LIGHT**                                                                                  **PLAINTIFF**

v.                              CASE NO. 3:24-CV-00146-BSM

**CITY OF WYNNE,** *et al.*                                                              **DEFENDANTS**

## ORDER

Andrew McClelland's renewed motion to withdraw as counsel for Connie Light [Doc. No. 15] is granted. The clerk is directed to terminate McClelland as Light's counsel and to send a copy of this order to Light. Within thirty days of this order, Light must retain new counsel or file notice that she plans to proceed *pro se*.

IT IS SO ORDERED this 14th day of May, 2025.

_____
UNITED STATES DISTRICT JUDGE