IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CONNIE LIGHT**  **PLAINTIFF**

**v.**  **CASE NO. 3:24-CV-00146-BSM**

**CITY OF WYNNE,** *et al.*  **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 4th day of August, 2025.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE